IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN SMITH,

    Plaintiff,

v.

U.S. FEDERAL AVIATION
ADMINISTRATION,

    Defendant.
_____

Case No. 6:14-cv-149-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 55), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 55) is adopted in full. Defendant's motion for summary judgment (ECF No. 34) is GRANTED. Plaintiff's motion for summary judgment (ECF No. 38) and motion for supplemental disclosure (ECF No. 29) are DENIED. Plaintiff's motion for leave to respond (ECF No. 52) is GRANTED. This action is dismissed.

IT IS SO ORDERED.

DATED this 9th day of April, 2015.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER